SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

April 22, 2013

**RE:**  **Court of Appeals Number:** 01-10-01104-CR
   **Trial Court Case Number:** 1282564

**Style:** Dennis Dean Foreman v. The State of Texas

Attached is a corrected opinion in the above case.  The pronoun references to Counsel on page three have been corrected from 'she' to 'he'.

Please replace the original opinion with this correct version.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ruth Marcom, Administrative Assistant